UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN EROL,<br><br>             Plaintiff,<br><br>   v.<br><br>CAMERON INTERNATIONAL CORP., et al.,<br><br>             Defendants. | No. 2:24-cv-01795-DAD-CSK<br><br>ORDER REMANDING ACTION TO THE SOLANO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 3, 5) |

     On August 8, 2024, the parties stipulated to remand of this action to the Solano County Superior Court, where this action was originally filed. (Doc. No. 5.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Solano County Superior Court. The initial scheduling conference currently set for November 12, 2024 is hereby vacated. Plaintiff's pending motion to remand (Doc. No. 3) is hereby denied as moot. The Clerk of the Court is directed to close this case.

     IT IS SO ORDERED.

Dated:   **August 9, 2024**

                                                                        DALE A. DROZD<br>
                                                                        UNITED STATES DISTRICT JUDGE